IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MITCHELL LA BREC,
    Plaintiff,

v.                                                                   OPINION and ORDER

ADAM SENSIBAUGH and                            Case No. 18-cv-795-wmc
JODI PAULSRUD,

    Defendants.

*Pro se* plaintiff Mitchell La Brec brings this action under 42 U.S.C. § 1983 against defendants Adam Sensibaugh and Jodi Paulsrud, who are or were both sheriff deputies at the Chippewa County Jail in Chippewa Falls, Wisconsin. La Brec claims that these defendants violated his constitutional rights in failing to protect him from another jail inmate's assault, and then failing to provide him with any medical care after the assault. Defendants filed a motion for summary judgment (dkt. #26), and the court set October 28, 2021, as plaintiff's opposition deadline. That deadline has passed, and La Brec has failed to oppose defendants' motion, nor has he asked for an extension of time to respond to their motion, which suggests that he has abandoned this lawsuit. The court will give plaintiff one last chance, until November 22, 2021, to respond to defendants' motion. **If he fails to respond fully by this deadline, plaintiff's claims will be dismissed with prejudice, for failure to prosecute.**

ORDER

IT IS ORDERED that plaintiff Mitchell La Brec has until **December 1, 2021**, to

file an opposition to defendants' motion for summary judgment.  **Plaintiff is advised that his failure to respond by that deadline will cause the court to dismiss his claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

Entered this 17th day of November, 2021.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        WILLIAM M. CONLEY
                                        District Judge