IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MITCHELL LABREC,

    Plaintiff,

v.                                          Case No. 18-cv-795-wmc

ADAM SENSIBAUGH
and JODI PAULSRUD,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | December 16, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |